**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ricky Lee NEWTON, Defendant–**
**Appellant.**

No. 03–1060.

United States Court of Appeals,
Sixth Circuit.

Dec. 14, 2005.

James C. Mitchell, Asst. U.S. Attorney, U.S. Attorney's Office, Flint, MI, for Plaintiff–Appellee.

Ricky Lee Newton, Bradford, PA, pro se.

---

Before: SILER, MOORE, and SUTTON, Circuit Judges.

## ORDER

The judgment in this case having been vacated, and the case having been remanded to this court for further consideration in light of *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005),

**IT IS HEREBY ORDERED AND ADJUDGED** that the judgment in the United States District Court for the Eastern District of Michigan is vacated and this case is remanded to that court for further consideration in light of *United States v. Booker*.